JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5084
    Facsimile: (408)-535-5066
    E-Mail: John.Glang@usdoj.gov

*E-FILED - 7/14/10*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> THIN EDWARD SOU, ) <br> ) <br>     Defendant. ) <br> ) | No. C-08-3072-RMW <br> Related Criminal case: CR-03-20110-RMW <br><br> [] ORDER FINDING WAIVER OF PRIVILEGE AND ALLOWING DEFENSE COUNSEL TO DISCUSS DEFENDANT'S CLAIMS WITH THE GOVERNMENT AND TO PROVIDE DECLARATION TO THE COURT |

    Good cause appearing, the Court hereby finds that the defendant's Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 waived the attorney-client privilege between the defendant and prior defense counsel James Ramsaur with regard to all matters raised in the defendant's motion. IT IS HEREBY ORDERED that prior defense counsel James Ramsaur may discuss the claims raised in the defendant's § 2255 motion with the

///

///

///

///

government and may file a Declaration with the court detailing his conversations with the defendant and his advice to him on all claims raised in the defendant's § 2255 motion.

IT IS SO ORDERED.

DATED: 7/14/10

*Ronald M. Whyte*
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

[] ORDER FINDING WAIVER OF PRIVILEGE 2
AND ALLOWING DEFENSE COUNSEL TO PROVIDE DECLARATION
2