```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)           *E-FILED - 5/6/11*
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THIN EDWARD SOU, <br><br> Defendant. | No. CR 03-20110 RMW <br><br> STIPULATION AND [] ORDER RE-SCHEDULING EVIDENTIARY HEARING |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Thin Edward Sou, Eric Krebs, that, subject to the Court's approval, the evidentiary hearing presently set for May 17 and May 18, 2011, be vacated and re-scheduled to June 27, 2011, at 10:00 a.m., and June 28, 2011 at 9:00 a.m. In support of this request, the parties state as follows:

1.   On March 2, 2011, this Court scheduled an evidentiary hearing for May 17 and May 18, 2011, with respect to certain issues raised in the defendant Thin Edward Sou's Section 2255 Motion. *See* Docket Nos. 437 & 438.

2.   Since that time, the United States has produced further discovery to counsel for the defendant consisting of additional notes from the defendant's trial counsel's files. Defense

STIP. & [] ORDER
CR 03-20110 RMW

1 counsel has expressed a need for additional time to prepare for the evidentiary hearing based on
2 the production of these notes, and the United States agrees that it is not unreasonable for the
3 defense to request additional preparation time in these circumstances.
4     3.    In addition, the parties recently began discussing the possibility of reaching a
5 negotiated disposition of this matter.  Re-scheduling the evidentiary hearing to June 27 and June
6 28, 2011, will give the parties an opportunity to engage in such discussions.
7     4.    Accordingly, the parties jointly request and stipulate that the evidentiary hearing
8 presently set for May 17 and May 18, 2011, be continued to June 27 and June 28, 2011.
9 SO STIPULATED.
10 DATED: May 5, 2011

                  MELINDA HAAG
                  United States Attorney

                  _____/s/_____
                  KYLE F. WALDINGER
                  Assistant United States Attorney

16 SO STIPULATED.
17 DATED: May 5, 2011        _____/s/_____
                  ERIC KREBS
18                   Attorney for defendant Thin Edward Sou

20             [ --------------- ] **ORDER**
21     For the reasons stated above, IT IS HEREBY ORDERED, that the evidentiary hearing
22 currently scheduled for May 17 and May 18, 2011, be re-scheduled to June 27, 2011, at 10:00
23 a.m., and June 28, 2011, at 9:00 a.m.

25 DATED:__5/6/11_____    _/s/ Ronald M. Whyte_____
                                     RONALD M. WHYTE
26                                 United States District Judge