ERIC R. KREBS, ESQ. (CSBN 157985)
LAW OFFICES OF ERIC R. KREBS
44 Montgomery Street, Suite 3585
San Francisco, CA 94104
Telephone: (415) 307-7647
Facsimile: (415) 362-2744

*E-FILED - 6/23/11*

Attorneys for Defendant
THIN EDWARD SOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 03-20110 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND []** <br> ) **ORDER RE-SCHEDULING** <br> ) **EVIDENTIARY HEARING** |
| THIN EDWARD SOU, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Thin Edward Sou, Eric Krebs, that, subject to the Court's approval, the evidentiary hearing presently set for June 27 and June 28, 2011, be vacated and re-scheduled to August 9, 2011, at 9:00 a.m., and August 10, 2011 at 9:00 a.m.  In support of this request, the parties state as follows:

1. On March 2, 2011, this Court scheduled an evidentiary hearing for May 17 and May 18, 2011, with respect to certain issues raised in the defendant Thin Edward Sou's Section 2255 Motion.  *See* Docket Nos. 437 & 438.

2. On May 6, 2011, pursuant to a stipulated request, this Court Ordered that the evidentiary hearing in this matter be re-scheduled to June 27, and June 28, 2011. *See* Docket No. 441.

3. Defense counsel has made numerous attempts to interview Mr. James Ramsaur, Esq. (trial counsel in the underlying matter and one of the key witnesses for this hearing), all of which have been unsuccessful to date.  Also, counsel for the government has indicated that further discovery regarding this matter will be produced in the next few days.  Defense counsel requests additional time to prepare for the evidentiary hearing based on the inability to interview Mr. Ramsaur, and in order to review this additional information, and the United States agrees that it is not unreasonable for the defense to request additional preparation time in these circumstances.

4. In addition, the parties continue to discuss the possibility of reaching a negotiated disposition of this matter.  Re-scheduling the evidentiary hearing to August 9 and August 10, 2011, will give the parties an opportunity to further engage in such discussions.

5. Accordingly, the parties jointly request and stipulate that the evidentiary hearing presently set for June 27 and June 28, 2011, be continued to August 9, 2011, at 9:00 a.m., and August 10, 2011 at 9:00 a.m.

SO STIPULATED.

DATED:  June 20, 2011

_____/s/_____
ERIC KREBS
Attorney for defendant Thin Edward Sou


SO STIPULATED.

DATED:  June 20, 2011

MELINDA HAAG
United States Attorney


_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

1  [] **ORDER**

2     For the reasons stated above, IT IS HEREBY ORDERED, that the evidentiary hearing

3  currently scheduled for June 27 and June 28, 2011, be vacated and re-scheduled to August 9, 2011, at

4  9:00 a.m., and August 10, 2011 at 9:00 a.m.

7  DATED: 6/23/11

   *Ronald M. Whyte*
   RONALD M. WHYTE
   United States District Judge