MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

*E-FILED - 8/8/11*

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> THIN EDWARD SOU, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 03-20110 RMW <br><br> STIPULATION AND [] ORDER |

     Subject to the Court's approval, it is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for the defendant Thin Edward Sou, Eric Krebs, as follows:

     1.     On January 10, 2005, and January 18, 2005, the Court conducted closed proceedings involving the defendant Sou outside of the presence of counsel for the United States regarding attorney James Ramsaur's representation of the defendant. Current counsel for the defendant Sou is in possession of transcripts of these proceedings, which have been filed under seal. Given the subject matter of the evidentiary hearing scheduled for August 9–10, 2011, the parties agree that it is appropriate for Sou's counsel to provide these transcripts to counsel for the United States prior to the evidentiary hearing.

STIP. & [] ORDER
CR 03-20110 RMW

2. Several co-defendants of the defendant Sou entered into plea agreements with the United States. Some or all of these plea agreements may have been filed under seal on the Court's docket. Counsel for the United States is in possession of these plea agreements. Given the subject matter of the evidentiary hearing scheduled for August 9–10, 2011, the parties also agree that it is appropriate for government counsel to provide these documents to counsel for the defendant prior to the evidentiary hearing.

3. The parties agree that the documents and transcripts referred to in paragraphs 1 and 2 above may be produced to opposing counsel. The parties further agree that any of the documents and transcripts referred to in paragraphs 1 and 2 that are currently under seal on the Court's docket will remain under seal. Moreover, the parties agree that these referenced under seal documents will only be used for the August 9–10, 2011, evidentiary hearing, and any subsequent appeal.

SO STIPULATED.

DATED: August 4, 2011

                                        MELINDA HAAG
                                      United States Attorney

                                      _____/s/_____
                                      KYLE F. WALDINGER
                                      Assistant United States Attorney

SO STIPULATED.

DATED: August 4, 2011                    _____/s/_____
                                        ERIC KREBS
                                      Attorney for defendant Thin Edward Sou

[ xxxxxxxxxxx **ORDER**

For the reasons stated above, IT IS HEREBY ORDERED, that the parties may disclose to each other the transcripts and documents referred to in paragraphs 1 and 2 of the parties' stipulation. Any of these referenced documents and transcripts that are currently under seal on the Court's docket will remain under seal. The parties shall use any referenced under seal

1  documents only for purposes of the August 9–10, 2011, evidentiary hearing, and any subsequent
2  appeal.
3
4  DATED: 8/8/11                          _____
5                                          RONALD M. WHYTE
                                           United States District Judge

STIP. & [] ORDER
CR 03-20110 RMW                    -3-