*E-FILED - 8/8/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>THIN EDWARD SOU,<br><br>　　　　Defendant/Movant. | NO. C-08-3072-RMW<br>Related Criminal Case: CR-03-20110-RMW<br><br>ORDER RE DISQUALIFICATION |

At a status conference on June 27, 2011 the court *sua sponte* raised the question as to whether the credibility of the prosecutor John Gang would be a central issue in the hearing on defendant's § 2255 motion, and if so, whether the court should recuse itself given its familiarity with Mr. Glang and trust in his basic integrity. Both parties indicated that Mr. Glang's credibility would not be the critical focus of the hearing and that they did not want the undersigned to recuse himself. Based upon the court's full disclosure of its concern, the parties' expressed belief that recusal was not required or desired, and the court's understanding of the critical issues to be raised at the hearing on the motion, the court at this time concludes that recusal is not necessary or appropriate.

Dated: 8/8/11

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　United States District Judge

ORDER RE DISQUALIFICATION
NO.  C-08-03072, CR-03-20110-RMW			1

Copy of order mailed electronically on 8/8/11 to:

Kyle F. Waldinger
Office of the United States Attorney
150 Almaden Blvd, Suite 900
San Jose, CA 95113
Email: kyle.waldinger@usdoj.gov

    Attorney for Plaintiff United States of America

Eric Russell Krebs
Law Offices of Eric R. Krebs
44 Montgomery Street
Suite 3585
San Francisco, CA 94104
Email: erkrebs@yahoo.com

    Attorney for Defendant