ERIC R. KREBS, ESQ. (CSBN 157985)
LAW OFFICES OF ERIC R. KREBS
304 Bryant Street
Palo Alto, CA 94301
Telephone: (415) 983-0300

*E-FILED - 8/12/11*

Attorneys for Defendant
THIN EDWARD SOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>THIN EDWARD SOU,<br><br>            Defendant. | Case No. CR 03-20110 RMW<br><br>**STIPULATION AND []**<br>**ORDER RE: AVAILABLITY OF**<br>**DEFENDANT SOU** |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Thin Edward Sou, Eric R. Krebs, that, subject to the Court's approval, this Court request the U.S. Marshals Service to continue to house defendant Sou at F.D.C., Dublin, California, up to and including the date this Court rules on his pending 2255 matter. In support of this request, the parties state as follows:

      1.     On August 9, 2011, this Court held a day-long evidentiary hearing with respect to certain issues raised in defendant Sou's Section 2255 Motion.

2. Should any additional hearings, supplemental matters, or issues need to be addressed pending the ruling by this Court in this matter, the parties agree that defendant Sou's presence or assistance will likely be necessary.

3. Accordingly, the parties jointly request and stipulate that this Court request the U.S. Marshals Service to continue to house defendant Sou at F.D.C., Dublin, California, up to and including the date this Court rules on defendant Sou's Section 2255 Motion.

SO STIPULATED.

DATED:  August 10, 2011                             _____/s/_____
                                                    ERIC KREBS
                                                    Attorney for defendant Thin Edward Sou


SO STIPULATED.

DATED:  August 10, 2011
                                                    MELINDA HAAG
                                                    United States Attorney


                                                    _____/s/_____
                                                    KYLE F. WALDINGER
                                                    Assistant United States Attorney


## [] ORDER

For the reasons stated above, IT IS HEREBY ORDERED that this Court requests the U.S. Marshals Service to continue to house defendant Sou at F.D.C., Dublin, California, up to and including the date this Court rules on his pending 2255 matter.

DATED:__8/12/11_____                             _____
                                                    RONALD M. WHYTE
                                                    United States District Judge