***E-FILED - 1/3/13***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. C-08-3072-RMW |
|---|---|
| Plaintiff/Respondent, | Related Criminal Case: CR-03-20110-RMW |
| v. | ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |
| THIN EDWARD SOU, | |
| Defendant/Movant. | |

Thin Edward Sou moves *pro se* for reconsideration or for leave to file a motion for reconsideration of the court's denial of his motion attacking his sentence. Although petitioner was represented at the hearing on his § 2255 motion, he has filed the current motion *pro se*. His apparent reason for filing *pro se* is that he wanted to insure timeliness of the motion. The court has considered the motion for reconsideration or leave to file a motion for reconsideration and hereby denies the motion.

Dated: 1/3/13

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

*Copy of Order Mailed Electronically to:*

John N. Glang, AUSA
Office of the United States Attorney
150 Almaden Blvd, Suite 900
San Jose, CA 95113
Email: John.Glang@usdoj.gov
  Attorneys for Plaintiff United States of America

Eric Russell Krebs
Law Offices of Eric R. Krebs
44 Montgomery Street
Suite 3585
San Francisco, CA 94104
Email: erkrebs@yahoo.com
  Attorney for Defendant

*Copy of Order Mailed on 1/3/13 to:*

Thin Edward Sou
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432
  Movant/Defendant